NO. 07-07-0430-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 26, 2007

______________________________

BRANDON THRASHER, APPELLANT

V.

WEST TEXAS A&M UNIVERSITY, APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 58201 B; HONORABLE JOHN BOARD, JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, Brandon Thrasher, filed a notice of appeal on September 26, 2007.  However, Thrasher did not pay the filing fee required under Rule 5 of the Texas Rules of Appellate Procedure nor did he file an affidavit of indigence in conformity with Rule 20.1.  Thrasher also failed to file a docketing  statement as required by Rule 32.1.  By letter from this Court dated October 18, 2007, we advised appellant the “filing fee in the amount of $175.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal.”  
Tex. R. App. P. 
42.3(c)
.
  The letter also directed him fo file a docketing statement within ten (10) days.  Appellant has not filed a docketing statement, paid the fee as directed or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  
Tex. R. App. P. 
 42.3(c)
.
 

Mackey K. Hancock

Justice